UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONNIE JAMES CUNNINGHAM, JR., <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration, <br><br> Defendant. | CIVIL ACTION NO. 1:13-CV-01659 <br><br> (MEHALCHICK, M.J.) |

## ORDER

**AND NOW**, this 15th day of September, 2014, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. The Clerk of Court shall enter final judgment **REVERSING** the decision of the Commissioner of Social Security and **REMANDING** this case to the Commissioner for further proceedings consistent with the Memorandum Opinion;

2. On remand, the Commissioner is **DIRECTED** to reopen and fully develop the record before rendering a ruling on the Plaintiff's claim; and

3. The Clerk of Court shall **CLOSE** this case.

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**